06-2065IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


ANTHONY E. OWENS                                              PLAINTIFF

v.                              Civil No. 06-2065

DEBORAH AVILLON,
Office of Child Support
Enforcement                                                  DEFENDANT

## O R D E R

Now on this 8th day of August, 2006, comes on for
consideration the **Magistrate Judge's Report and Recommendation**
(document #7), in this matter, to which no objections have been
filed, and the Court, having carefully reviewed said Report and
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, this action is
hereby **dismissed**.

**IT IS SO ORDERED.**


                                        **/s/Jimm Larry Hendren**
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**